# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO ORTIZ, | CASE NO. 1:10-CV-00986-DLB PC |
|     Plaintiff, | ORDER TO SHOW CAUSE |
|     v. | (DOC. 8) |
| J. N. KATAVICH, et al., | RESPONSE DUE WITHIN THIRTY DAYS |
|     Defendants. | |

Plaintiff Julio Ortiz ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action. On March 7, 2011, the Court ordered Plaintiff either to file an amended complaint or notify the Court that he wished to proceed only on the claims found to be cognizable in the March 7, 2011 Order. On May 10, 2011, the Court granted Plaintiff an additional thirty days in which to file a response to the Court's order. As of the date of this order, Plaintiff has not responded.

Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within thirty (30) days from the date of service of this order why this action should not be dismissed for failure to obey a court order. Failure to timely respond or otherwise show cause will result in dismissal of this action.

IT IS SO ORDERED.

Dated: **July 11, 2011**     **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1